UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| DARYL MICK, CHRISTINA HELM, SQUARE ONE, INC., a Delaware corporation, SQUARE ONE ENTERPRISES, INC., a Texas corporation, and CIB CONSULTANTS, INC., a Texas corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>KEN KERLEY, individually, SUBURBAN GROUP, INC., a Minnesota corporation, KENCOR CONSTRUCTION, INC., a Wisconsin corporation, ALLSTATE CONTRACTING, INC., a Virginia corporation, and ABC CORPORATIONS 1-10,<br><br>Defendants. | Court File No. 00-1280 JMR/SRN<br><br>**STIPULATION AND ORDER** |

**STIPULATION**

WHEREAS, defendants Ken Kerley, Suburban Group, Inc., Kencor Construction, Inc. and Allstate Contracting, Inc. have moved to dismiss, stay, or transfer this action in light of a closely related lawsuit pending in the United States District for the Western District of Missouri, captioned Ken Kerley, Kencor Construction, Inc., Suburban Group, Inc., and Allstate Contracting, Inc. v. Daryl Mick and Square One, Inc., Court File No. 00-0268-CV-W-2; and

FILED OCT 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Doc# 1249983\1

WHEREAS, in the interests of judicial economy and convenience of the parties and witnesses, the parties have agreed that the claims herein by plaintiffs Daryl Mick, Square One, Inc., and Square One Enterprises, Inc. may and should be transferred to the United States District Court for the Western District of Missouri; and

WHEREAS, the parties have agreed that the claims herein by plaintiffs Christina Helm and C.I.B. Consultants, Inc. be dismissed without prejudice;

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their undersigned counsel of record, as follows:

1. That the claims herein by plaintiffs Christina Helm and C.I.B. Consultants, Inc. be dismissed without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure; and

2. That this action, and all remaining claims, be transferred to the United States District Court for the Western District of Missouri.

Dated: October 6, 2000

**LINDQUIST & VENNUM P.L.L.P.**

By [signature]

Richard T. Ostlund (MN Atty Lic. #144277)
Randy G. Gullickson (MN Atty. Lic. #185607)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Ph.: (612) 371-3211
Fax: (612) 371-3207

*ATTORNEYS FOR PLAINTIFFS*

Dated: Sept 12, 2000

**BRIGGS AND MORGAN, P.A.**

By ______________________
Scott G. Bowman (MN Atty. Lic. #218467)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Ph.: (612) 334-8400
Fax: (612) 334-8650

Dated: ______________, 2000

**KANE, RUSSELL, COLEMAN & LOGAN, P.C.**

By ______________________
Kenneth C. Johnston (TX Bar #00792608)
David D. Ritter (TX Bar #00791534)
1601 Elm Street
3700 Thanksgiving Tower
Dallas, TX 75201
Ph.: (214) 777-4200
Fax: (214) 777-4299

*ATTORNEYS FOR DEFENDANTS*

**ORDER**

Based upon the above stipulation of the parties, it is hereby ordered:

1. That the claims of plaintiffs Christina Helm and C.I.B. Consultants, Inc. are hereby dismissed, without prejudice; and

2. In light of the pending action in the United States District Court for the Western District of Missouri, captioned Ken Kerley, Kencor Construction, Inc., Suburban Group, Inc., and Allstate Contracting, Inc. v. Daryl Mick and Square One, Inc., Court File No. 00-0268-CV-W-2, this action, and all remaining claims, shall forthwith be transferred to the United States District Court for the Western District of Missouri.

Dated: October 11, 2000

**BY THE COURT:**

James M. Rosenbaum
U.S. District Court Judge